INTERNATIONAL NAV. CO. v. BRITISH & FOREIGN MARINE INS. CO., Limited. SAME v. INSURANCE CO. OF NORTH AMERICA. SAME v. THAMES & MERSEY INS. CO., Limited. SAME v. ATLANTIC MUT. INS. CO. (Circuit Court of Appeals, Second Circuit. May 11, 1901.) Nos.

149–152. Appeals from the District Court of the United States for the Southern District of New York. Treadwell Cleveland, for appellants in first three cases. Walter F. Taylor, for appellant Atlantic Mut. Ins. Co. Henry G. Ward, for appellee. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges.

PER CURIAM. Decrees of district court affirmed, with interest and costs, on opinion of district judge. 100 Fed. 304.